IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.02-CR-00193-MSK

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

CARY GAGEN,

    Defendant.
_____

### ORDER DIRECTING NO FURTHER FILINGS
_____

**THIS MATTER** comes before the Court *sua sponte*.

On March 22, 2004, the Defendant pleaded guilty **(# 166)** to three counts of making false statements, 18 U.S.C. § 1001.  On June 7, 2004, the Court sentenced **(# 179)** the Defendant to six months imprisonment on each count, to be served concurrently, followed by two years of supervised release, to be served upon the Defendant's completion of a sentence in state court. The Defendant did not file an appeal from the judgment of conviction or sentence.

On February 25, 2005, the Defendant filed a "Motion to Proceed on the Original" **(# 197)**, which this Court interpreted to be a Motion to Vacate or Modify Sentence under 28 U.S.C. § 2255.  On March 13, 2005, the Court denied **(# 199)** the Defendant's § 2255 motion, and denied a certificate of appealability.  The Defendant did not appeal from that denial.

It appears to this Court that the Defendant has fully exhausted all avenues for relief available to him under this case number.  His judgment of conviction and sentence have been final for more than two years.  Pursuant to the final paragraph of 28 U.S.C. § 2255, any subsequent

motions by the Defendant to vacate or modify his sentence must first be approved by a panel from the 10th Circuit Court of Appeals. Despite the fact that there is no further relief available to the Defendant in this case, he has continued to file *pro se* numerous motions, letters, and other documents. The Court has reviewed some of these filings, and finds them to be redundant of prior motions considered and rejected by the Court, redundant of each other, irrelevant to any issues relating to this case, and/or completely frivolous.

Accordingly, the Court **ORDERS** that the Defendant file no further material under this case number, unless such filings are accompanied by a certification from the 10th Circuit that the filing is permitted under 28 U.S.C. § 2255. The Court completely disregards all filings made by the Defendant since April 13, 2005, and will disregard any future filings that may be made in violation of this Order.

Dated this 28th day of June, 2006

          **BY THE COURT:**

          *Marcia S. Krieger*
          _____

          Marcia S. Krieger
          United States District Judge